UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS,
    Plaintiff

v.

SIMON PROPERTY GROUP, INC.,
    Defendant

Civil Action No. 04-CV-12422-RCL

## AFFIDAVIT OF FILING OF CERTIFIED COPY OF NOTICE OF REMOVAL

I, Paul W. Shaw, on oath depose and say that on November 16, 2004, I filed a certified copy of the Notice of Removal in the above matter with the Clerk of the Superior Court Department of the Trial Court of Massachusetts for Suffolk County.

_____
Paul W. Shaw (BBO No. 455500)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111-2600
Telephone: 617-856-8200
Facsimile: 617-856-8201

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record on the 18th day of November, 2004, by U.S. mail, first class, postage prepaid, as follows:

COMMONWEALTH OF MASSACHUSETTS
Pamela S. Kogut, Assistant Attorney General
Diane L. Lawton, Assistant Attorney General
Judith W. Whiting, Assistant Attorney General
Consumer Protection Division, Office of the Attorney General
One Ashburton Place
Boston, MA 02108

_____
Paul W. Shaw

#1313049 v\1 - 20345/24