UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-12422-RCL

COMMONWEALTH OF MASSACHUSETTS, )
)
Plaintiff, )
)
vs. )
)
SIMON PROPERTY GROUP, INC., )
)
Defendant. )
)

FILING FEE PAID:
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____
DATE 12/10/04

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to L.R. 83.5.3(b), D. Mass, the undersigned Assistant Attorney General for the Commonwealth of Massachusetts moves this Honorable Court for admission *pro hac vice* of Judith M. Whiting, Assistant Attorney General, Commonwealth of Massachusetts, in order to permit her to appear for the Commonwealth of Massachusetts in the above-captioned litigation. In support of this motion, the undersigned submits her Notice of Appearance for the Commonwealth of Massachusetts For Admission *Pro Hac Vice* and the Certificate of Assistant Attorney General Whiting.

SPGGC, Inc., through counsel, has indicated its assent to this motion. (See

Certificate Pursuant to Local Rule 7.1, filed herewith.)

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS
By its attorney,

THOMAS F. REILLY
Attorney General

By: *Pamela Kogut* (signature)

Pamela Kogut (BBO# 550865)
Assistant Attorney General
One Ashburton Place
Boston, MA 02108-1598
(617) 727-2200, ext. 2988

December 9, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-12422-RCL

COMMONWEALTH OF MASSACHUSETTS,

          Plaintiff,

vs.

SIMON PROPERTY GROUP, INC.,

          Defendant.

## NOTICE OF APPEARANCE FOR COMMONWEALTH OF MASSACHUSETTS FOR ADMISSION *PRO HAC VICE*

Pursuant L.R. 83.5.3(b), D. Mass, Assistant Attorney General Judith M. Whiting of the Commonwealth of Massachusetts seeks to appear on behalf of the Commonwealth, and to be admitted *pro hac vice* to practice before this Court in connection with the above-captioned action.

The undersigned, an attorney in good standing before this Court, respectfully represents that Ms. Whiting is a member in good standing of the Massachusetts and New York State bars.

Ms. Whiting has submitted herewith a Certificate Pursuant to Local Rule 83.5.3(b) (D. Mass.), in which she verifies that there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In addition, simultaneously with the filing of this Notice, Ms. Whiting is making payment of the appropriate filing fee with the clerk.

                              Respectfully submitted,

                              COMMONWEALTH OF MASSACHUSETTS
                              By its attorney,

                              THOMAS F. REILLY
                              Attorney General

By:         */s/ Pamela S. Kogut*
                              Pamela S. Kogut (BBO# 550865)
                              Assistant Attorney General
                              Consumer Protection and Antitrust Division
                              One Ashburton Place
                              Boston, MA 02108-1598
                              (617) 727-2200, ext. 2988

December 9, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-12422-RCL

COMMONWEALTH OF MASSACHUSETTS, )
)
)
Plaintiff, )
)
vs. )
)
SIMON PROPERTY GROUP, INC., )
)
Defendant. )
)

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I, Pamela S. Kogut, Assistant Attorney General, Commonwealth of Massachusetts, counsel for defendant Thomas F. Reilly in the above-captioned action, certify that I conferred with Margaret Pinkham, counsel for plaintiff, regarding the Commonwealth's Motion for Admission of Judith M. Whiting to appear *pro hac vice* on behalf of the Commonwealth in this

action. Ms. Pinkham assented to this motion.

                                  Respectfully submitted,

                                  COMMONWEALTH OF MASSACHUSETTS
By its attorney,

THOMAS F. REILLY
Attorney General

By: _____
Pamela S. Kogut (BBO# 550865)
Assistant Attorney General
Consumer Protection and Antitrust Division
One Ashburton Place
Boston, MA 02108-1598
(617) 727-2200, ext. 2988

December 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by hand on all counsel of record on the 10th day of December, 2004, as follows:

Paul W. Shaw, Esq.
Margaret Pinkham, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111-2600

_____
JUDITH M. WHITING

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing documents were served by hand on all counsel of record on the 10th day of December, 2004, as follows:

Paul W. Shaw, Esq.
Margaret Pinckham, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111-2600

_____
JUDITH M. WHITING