```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS



COMMONWEALTH OF MASSACHUSETTS
              Plaintiff


V.                                      CIVIL ACTION NO.04-12422-RCL


SIMON PROPERTY GROUP, INC.
              Defendant



LINDSAY, D.J.
```

## ORDER OF REMAND

In accordance with the Court's allowance of plaintiff's motion to remand on February 18, 2005; it is hereby ORDERED:

Case is REMANDED to Suffolk Superior Court.


```
                                        Tony Anastas, Clerk



February 22, 2005               By: /s/ Lisa M. Hourihan
                                    Deputy Clerk
```